■ STATE OF NEW YORK et al., Appellants, v GAYLORD NEWELL, Doing Business as MOORE PRODUCING CO., et al., Respondents. (Appeal No. 2.) [788 NYS2d 886]—Appeal from a decision of the Supreme Court, Allegany County (John F. O'Donnell, J.), dated May 11, 2004. The decision denied plaintiffs' motion for leave to renew and reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967 [1987]). Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Hayes, JJ.

■ RICHARD WELLS et al., Respondents, v HSBC BANK USA, Formerly Known as MARINE MIDLAND BANK, N.A., Appellant. [788 NYS2d 885]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered July 6, 2004. The order, among other things, denied that part of defendant's motion seeking dismissal of the complaint in an action for breach of contract.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Hayes, JJ.